United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| USA,<br>　　　　　　Plaintiff,<br>　　v.<br>CHAN,<br>　　　　　　Defendant. | Case No. 24-cr-00345-BLF-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION**<br><br>[Re: ECF No. 2] |

　　　　Defendant Jason Chan ("Chan") has filed a motion for early termination of probation. *See* ECF No. 2 ("Mot"). Defendant represents that the Probation Office has no objection to early termination. *Id.* at 4. The Government also "takes no position" on the motion. *See* ECF No. 4 ("Gov't Resp."). No hearing is required on Chan's motion, and the Court finds that the motion is appropriate for disposition without oral argument. *See* Fed. R. Crim. P. 32.1(c)(2) (no hearing required before modifying conditions of probation where relief sought is favorable to defendant and does not extend term of probation where government receives notice of relief sought and does not object). For the reasons set forth below, the motion is GRANTED.

　　　　In November 2023, Chan pled guilty to wire fraud. *See* Mot. at 4. Prior to sentencing, he paid restitution of $43,518.32. *Id.* On March 25, 2024, he was sentenced to a three-year term of probation. *Id.* His case was transferred to this district on June 20, 2024. ECF No. 1.

　　　　Chan reports taking "full responsibility" for his past actions and using the period of supervision "as a time for reflection and personal growth." ECF No. 2-1 ("Chan Letter") at 1. He has been employed as a software engineer and volunteers with an organization that teaches formerly incarcerated individuals how to code. *Id.* He believes that early termination of probation would allow him "to move forward with fewer limitations," including by allowing him to travel

and pursue career opportunities. *Id.* Chan has already paid his restitution and completed his hours of community service. Mot. at 4.

In light of Chan's young age at the time of his offense, his lack of other criminal history, and his record while on probation, including paying restitution, the Government "takes no position" regarding the request. Gov't Resp.

A district court may, after considering the applicable sentencing factors enumerated in 18 U.S.C. § 3553(a), "terminate a term of probation previously ordered and discharge the defendant . . . after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c).

The § 3553(a) factors include the nature and circumstances of the offense and the history and characteristics of the defendant," § 3553(a)(1); and the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner, § 3553(a)(2).

Several of these factors weigh heavily in favor of granting the motion for early termination of probation. While the Court does not take lightly the seriousness of Chan's offense, he has paid restitution, completed his community service hours, and thus far completed his term of probation without incident. He has reintegrated into society, complied with the conditions of probation in all respects, and has not given any indication that he poses a risk to the community. To the contrary, he mentors individuals with similar backgrounds to help provide them with a path to a better future. Chan has maintained full-time employment and seeks termination of probation so that he may increase opportunities for further career advancement. Neither the Government nor Probation opposes Chan's motion. On this record, the Court finds that early termination of Chan's term of probation "is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c).

Accordingly, IT IS HEREBY ORDERED that Chan's motion for early termination of probation is GRANTED.

Dated:  September 24, 2025

_____
BETH LABSON FREEMAN
United States District Judge

3